UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-6279-VBF(SHx)**                    Dated: **November 15, 2010**

Title:    Tecmo Koei America Corporation -*v*- Ditan/Synergex Canada, Inc.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

          Joseph Remigio                        None Present
          Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                           None Present

**PROCEEDINGS (IN CHAMBERS):**          **COURT ORDER RESETTING SCHEDULING CONFERENCE**

The Scheduling Conference, previously set for November 15, 2010, is hereby reset for **November 22, 2010, at 8:30 a.m.**  Counsel shall appear at this new date and time.

**IT IS SO ORDERED.**

MINUTES FORM 90                    Initials of Deputy Clerk   jre
CIVIL - GEN

-1-