JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECMO KOEI AMERICA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DITAN/SYNERGEX CANADA, INC., an Ontario corporation,<br><br>Defendant. | **CASE NO. CV10 6279 VBF (SHx)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the parties' stipulation for dismissal with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), the Court hereby dismisses the action with prejudice. Each party shall bear its own attorneys fees and costs.

IT IS SO ORDERED

Dated: September 6, 2011

_____
UNITED STATES DISTRICT JUDGE